HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ETHEN MEANS,<br><br>        Defendant. | Case No. CR04-5350 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Reconsideration [Dkt. #570]. Defendant seeks reconsideration of this Court's Order [Dkt. #569] denying defendant's request to amend his presentence report. The Court was fully aware that Mr. Means wished to have his Presentence Report amended to remove references to firearms in order that he may receive the benefit of a year off of his sentence as a result of his participation in the 500 hour drug class at FCI Terminal Island. The Court declined to amend his Presentence Report initially, and declines to do so on reconsideration. Defendant's Motion for Reconsideration [Dkt. #570] is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 2nd day of October, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1